# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GARCIA,<br><br>  Petitioner,<br><br>v.<br><br>RON DAVIS, Warden,<br><br>  Respondent. | Case No. CV 13-1226-FMO (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 9/24/15

                                         /s/ Fernando M. Olguin
                           HONORABLE FERNANDO M. OLGUIN
                           UNITED STATES DISTRICT JUDGE